IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 45COMMITTEE, INC.,<br><br>   *Plaintiff*,<br><br> v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>   *Defendant*. | Civil Action No. 1:22-cv-00502 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff 45Committee, Inc. voluntarily dismisses this action without prejudice, with each party to bear its own costs and fees.

                Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br><br>Kevin Deeley<br>Associate General Counsel<br><br>Harry J. Summers<br>Assistant General Counsel<br><br>/s/ Greg J. Mueller<br>Greg J. Mueller (D.C. Bar. No. 462840)<br>Attorney<br>COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION<br>1050 First Street, NE<br>Washington, DC 20463<br>(202) 694-1650<br><br>September 13, 2022 | */s/ Brett A. Shumate*<br>Brett A. Shumate (D.C. Bar No. 974673)<br>E. Stewart Crosland (D.C. Bar No. 1005353)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone:  (202) 879-3939<br>Facsimile:  (202) 626-1700<br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to all registered participants of the CM/ECF system, which will serve all counsel of record.

*/s/ Brett A. Shumate*
Brett A. Shumate

*Counsel for Plaintiff*
